# IN THE SUPREME COURT OF THE STATE OF DELAWARE

VRAJESHKUMAR PATEL, individually and on behalf of all others similarly situated, and derivatively on behalf of Nominal Defendant TALOS ENERGY INC.,

Plaintiff Below, Appellant,

v.

TIMOTHY S. DUNCAN, *et al*.,

Defendants Below, Appellees,

and

TALOS ENERGY INC.,

Nominal Defendant Below, Appellee.

§§§§§§§§§§§§§§§§§§§§§§§§§§§

No. 347, 2021

Court Below—Court of Chancery of the State of Delaware

C.A. No. 2020-0418

Submitted: May 11, 2022
Decided: May 25, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## ORDER

This 25th day of May 2022, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the court's Memorandum Opinion dated October 4, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice